```
ANDRÉ BIROTTE JR.
United States Attorney                                    JS-6
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213)894-5710
     Facsimile: (213)894-7177
     E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 10-3395-PA (VBKx) |
| ) | |
| Plaintiff, ) | **CONSENT JUDGMENT OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| $17,149.40 IN BANK ACCOUNT ) | |
| FUNDS, ) | **[NOTICE OF LODGING LODGED** |
| ) | **CONCURRENTLY HEREWITH]** |
| Defendant. ) | |
| _____) | |

On May 6, 2010, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant property: $17,149.40 in Bank Account Funds ("defendant funds"). The government alleged that the defendant funds were subject to forfeiture pursuant to 21 U.S.C. §

881(a)(6).

Claimant Kasey Popadynetz ("Popadynetz") has not filed an answer or verified statement of interest in this matter.  No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimant Popadynetz have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimant Popadynetz,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. Claimant Popadynetz has not filed an answer or verified statements of interest in this matter.  The Court deems that all other potential claimants who have not filed a claim admit the allegations of the Complaint for Forfeiture to be true.

4. Claimant Popadynetz agrees to the forfeiture as set out below.  A judgment of forfeiture as to $8,574.70 is hereby entered in favor of the United States, which shall dispose of the following defendant funds in accordance with the law:  the defendant funds plus all accrued interest are hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

5. The remaining $8,574.70 in defendant funds shall be

returned to claimant Popadynetz.

    6.   Claimant Popadynetz waives the redacting and sealing requirements of L.R. 79-5.4.

    7.   Claimant Popadynetz hereby releases the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigation, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    8.   The Court finds that there was reasonable cause for the institution of these proceedings against the defendant funds. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

    10.   The Court further finds that claimant Popadynetz did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: September 13, 2010

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CONSENT

The government and claimant Popadynetz consent to judgment and waive any right to appeal.

DATED: August ___, 2010

ANDRÉ BIROTTE JR.
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: August ___, 2010

_____
DONALD RE

Attorney for Claimant

-4-